UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 13
Janet Kaiser Magmoni                      Case No. 4:13-43612-RLE

                                          DEBTOR(S') DECLARATION REGARDING
                                          AMENDED SCHEDULES; CERTIFICATE
Debtor(s) _____ /        OF SERVICE

    I/We declare, under penalty of perjury, that I/we have read the amended schedule(s) consisting of __X__ pages, and that they are true and correct to the best of my/our knowledge, information, and belief.

Dated: 09/20/2013                         /s/ Janet Kaiser Magmoni
                                          Debtor

Dated: _____             _____
                                          Debtor


CERTIFICATE OF SERVICE

    I am not less than 18 years of age and not a party to the within case. My business address is 23480 Park Sorrento, Suite 109A, Calabasas, CA 91302_____. I served this DEBTOR(S') DECLARATION REGARDING AMENDED SCHEDULES and the amended schedules by first-class United States mail, postage pre-paid, at Calabasas_____, California on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee will receive such notice upon the electronic filing of these documents. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 09/20/2013                         /s/ Steven A. Wolvek

Rev. 2/05

B6I (Official Form 6I) (12/07)

IN RE **Kaiser-Magmoni, Janet Florence**        Case No. _____
                      Debtor(s)                      (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Teacher** | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)      DEBTOR      SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)    $ _____   $ _____
2. Estimated monthly overtime    $ _____   $ _____
3. **SUBTOTAL**    $ _____ **0.00**   $ _____
4. **LESS PAYROLL DEDUCTIONS**
    a. Payroll taxes and Social Security    $ _____   $ _____
    b. Insurance    $ _____   $ _____
    c. Union dues    $ _____   $ _____
    d. Other (specify) _____    $ _____   $ _____
                                                              $ _____   $ _____
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**    $ _____ **0.00**   $ _____
6. **TOTAL NET MONTHLY TAKE HOME PAY**    $ _____ **0.00**   $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement)    $ _____   $ _____
8. Income from real property    $ _____   $ _____
9. Interest and dividends    $ _____   $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above    $ _____   $ _____
11. Social Security or other government assistance
     (Specify) **Unemployment** _____    $ _____ **1,733.33**   $ _____
     _____    $ _____   $ _____
12. Pension or retirement income    $ _____   $ _____
13. Other monthly income
     (Specify) _____    $ _____   $ _____
     _____    $ _____   $ _____
     _____    $ _____   $ _____

14. **SUBTOTAL OF LINES 7 THROUGH 13**    $ _____ **1,733.33**   $ _____
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)    $ _____ **1,733.33**   $ _____

16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ _____ **1,733.33**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

Case: 13-43612    Doc# 25    Filed: 09/20/13    Entered: 09/20/13 11:12:09    Page 2 of 2